David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
IESHA RAINBOTH

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IESHA RAINBOTH<br><br>         Plaintiff,<br><br>    vs.<br><br>GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 2:12-cv-02046-ROS<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1), Plaintiff IESHA RAINBOTH hereby voluntarily dismisses her claims, with prejudice, against Defendants GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive,

///

///

- 1 -

COMPLAINT

| | |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| DATED:<br>December 19, 2012 | **PRICE LAW GROUP APC**<br><br>By:/s/ David Ali Chami<br>David Ali Chami<br>Attorney for Plaintiff |